■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN EDWARD GILLIGAN, Appellant.—Appeal from a judgment of the County Court of Cortland County, rendered July 19, 1974, upon a verdict convicting the defendant of the crimes of burglary in the third degree and possession of burglar's tools. Following the guilty verdict, the defendant was sentenced to a term of imprisonment of two to four years. The evidence of guilt was overwhelming. Accordingly, assuming *arguendo* that the error committed by the Trial Judge in regard to his refusal to grant inspection of the police reports to the attorney for the codefendant Paige (see *People v Paige,* 48 AD2d 6) was applicable to the defendant Gilligan, such error, if any, was harmless (see *People v Rosario,* 9 NY2d 286). Judgment affirmed. Herlihy, P. J., Greenblott, Main, Larkin and Reynolds, JJ., concur.